**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 78 MAL 2022

             Respondent              :

                                :   Petition for Allowance of Appeal

                                :   from the Order of the Superior Court

            v.                   :

                                :

DENVER SAMUEL MCCOURT,        :

                                :

            Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.